**Order entered June 25, 2014**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

## No. 05-13-01653-CV

**THOMAS ALLEN POWELL D/B/A ARCHITECTURE UNLIMITED AND J. KEITH WEBB, Appellants**

**V.**

**PENHOLLOW, INC., JOHN O. PENHOLLOW, AND YVONNE L. PENHOLLOW, Appellees**

**On Appeal from the 429th Judicial District Court**
**Collin County, Texas**
**Trial Court Cause No. 429-03464-2011**

## ORDER

We **GRANT** appellants' June 22, 2014 agreed motion to extend time to file reply brief

and **ORDER** the brief be filed no later than July 10, 2014.

/s/      ELIZABETH LANG-MIERS
JUSTICE